IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARK FOCHTMAN, individually and on behalf
of all others similarly situated; and
SHANE O'NEAL, individually and on behalf
of all others similarly situated                                      PLAINTIFFS

V.                        CASE NO. 5:17-CV-05228

CAAIR, INC.; SIMMONS FOODS, INC.;
DARP, INC.; HENDREN PLASTICS, INC.;
and JOHN DOES 1-30                                                    DEFENDANTS

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Currently before the Court is Plaintiffs' Motion for Voluntary Non-Suit of Their Claims Against CAAIR, Inc. and Simmons Foods, Inc. (Doc. 98). In the Motion, Plaintiffs advise that they have decided to join a similar litigation that is pending in the Northern District of Oklahoma, and that they have already filed consents to join in that litigation. Having considered the Plaintiffs' Motion carefully, the Court finds that it should be, and hereby is, **GRANTED**. This case is therefore **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41. All pending motions are **TERMINATED**, and the case is closed.

IT IS SO ORDERED on this 13th day of March, 2018.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE